GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY
(erroneusly sued herein as Trustees of the California
State University); MELANY SPIELMAN
(erroneously sued herein as Melanie Spielman);
JAMES CIMINO; GAIL BROOKS; AND
BRUCE GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SCHWARTZ, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MELANIE SPIELMAN, an individual; JAMES CIMINO, an individual; GAIL BROOKS, an individual; BRUCE GIBSON, an individual; and DOES ONE through FIFTY, inclusive,<br><br>                    Defendants. | Case No. 3:11-cv-01708 EDL<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>Date:   July 26, 2011<br>Time:   10:00 a.m.<br>Ctrm:   E |

Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (erroneusly sued herein as Trustees of the California State University); MELANY SPIELMAN (erroneously sued herein as Melanie Spielman); JAMES CIMINO; GAIL BROOKS; AND BRUCE GIBSON ("Defendants") (collectively referred to as the "Parties"), by and through their counsel, GayLynn Kirn Conant, hereby submit the following Request for Continuance of Case Management Conference and [Proposed] Order.

1  The Court initially set the Case Management Conference date for July 19, 2011 at 10:00
2  a.m. Meanwhile, counsel for defendants scheduled a pre-paid one week vacation to occur July 24
3  through August 1, 2011. Thereafter, the Court rescheduled the Case Management Conference for
4  July 26, 2011 at 10:00 a.m.
5  As a result of the vacation conflict, counsel for defendants respectfully requests that the
6  Court continue the July 26, 2011 Case Management Conference. Defense counsel has met and
7  conferred with plaintiff's counsel, Stephen Henry and all parties are agreeable to a continuance to
8  August 9 if that date is convenient for the Court.

                    Respectfully submitted:

Dated: July 11, 2011              LOMBARDI, LOPER & CONANT, LLP

                    By:  /s/ GayLynn Kirn Conant
                          GayLynn Kirn Conant
                          Attorneys for Defendants
                          THE BOARD OF TRUSTEES OF THE
                          CALIFORNIA STATE UNIVERSITY
                          (erroneusly sued herein as Trustees of the
                          California State University); MELANY
                          SPIELMAN (erroneously sued herein as Melanie
                          Spielman); JAMES CIMINO; GAIL BROOKS;
                          AND BRUCE GIBSON

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

**CASE MANAGEMENT ORDER**

The Case Management Conference scheduled for July 26, 2011 shall be continued to _____August 9_____, 2011, at 10:00 a.m., in Courtroom F. A joint CMC statement shall be filed not later than August 2, 2011.

IT IS SO ORDERED.

Dated: _July 12, 2011_____



Hon. Elizabeth D. Laporte
Judge Elizabeth D. Laporte

05700-40653 GKC 600039.1                          3                          Case No. 3:11-cv-01708 EDL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541