UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JUSTIN SCHWARTZ,<br>        Plaintiff, | No. C 11-1708 EDL |
| v.<br>THE BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY, et al.,<br>        Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      November 2, 2011<br>Mediator:  Marjorie Gelb |

    Before the court are named defendants Melany Spielman's, James Cimino's, Gail Brooks's, and Bruce Gibson's requests to be excused from appearing in person at the ENE now scheduled for November 2, 2011 before Marjorie Gelb, and plaintiff's objection to the requests. Having considered the arguments set forth in both, IT IS HEREBY ORDERED that the requests for James Cimino, Gail Brooks and Bruce Gibson to be excused from appearing in person at the ENE are GRANTED. Mr. Cimino, Ms. Brooks and Mr. Gibson shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

    Melany Spielman's request to appear telephonically at the ENE is DENIED, and she shall appear in person at the session.

    IT IS SO ORDERED.

October 19, 2011        By:                                      
Dated                                                           Maria-Elena James<br>
                                                             Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT<br>For the Northern District of California