IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SCHWARTZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ET AL.,<br><br>　　　　Defendant._____/ | No. C -11-01708 EDL<br>**ORDER** |

This case shall be referred to Magistrate Judge Bernard Zimmerman for a settlement conference. Counsel will be contacted by Judge Zimmerman's chambers regarding the date and time of the settlement conference which shall take place during the month of May 2012.

**IT IS SO ORDERED.**

Dated: April 10, 2012

　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge